Commonwealth *v.* Wilkinson, Appellant.

Argued September 21, 1970. *John W. Packel,* Assistant Defender, with him *Warren J. Borish,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


Commonwealth *v.* Williams, Appellant.

Submitted September 14, 1970. *Gilbert S. Levitt,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.